IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LOUIS FASULLO, Inmate #R30073,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 07-146-MJR |
| | ) |
| **PEOPLE OF THE UNITED STATES,** | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

On August 9, 2007, the Court directed Plaintiff to pay the $350 filing fee or, in the alternative, to file a properly supported motion for leave to proceed *in forma pauperis*. In response, Plaintiff filed a "judicial notice" (Doc. 5), explaining that he "has used his three strikes" and is unable to pay the filing fee. This response in tantamount to a refusal to comply with the Court's order.

Accordingly, this action is **DISMISSED** with prejudice for failure to pay the filing fee and for failure to comply with an order of this Court. All pending motions are now **MOOT**.

**IT IS SO ORDERED.**

**DATED this 6th day of September, 2007.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**